IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARVIN JERELDS,

    Plaintiff,

v.                                                                    CASE NO. 1:07-cv-00111-MP-AK

KARIE SMITH,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 21, Report and Recommendation of the Magistrate Judge, recommending that this case be dismissed under 28 U.S.C. § 1915(g). The Magistrate Judge filed the Report and Recommendation on Tuesday, October 23, 2007. The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made.

In the Report, the Magistrate states that although Plaintiff was erroneously granted leave to proceed *in forma pauperis*, because Plaintiff has three strikes under 28 U.S.C. § 1915(g), this case must be dismissed for failure to pay the filing fee. In his objections, Plaintiff does not contest that he has three previous strikes. Rather, Plaintiff argues that in the future he will be able to pay the filing fee. Because Plaintiff is not in imminent danger of serious injury, the Court agrees with the Magistrate that Plaintiff is not entitled to proceed *in forma pauperis* under 28 U.S.C. § 1915, and that Plaintiff had to pay the filing fee when he filed his complaint. Therefore, having considered the Report and Recommendation, and the objections thereto, I have determined that it should be adopted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 21, is adopted and incorporated by reference in this order.

2. This case is DISMISSED under 28 U.S.C. § 1915(g).

**DONE AND ORDERED** this  *6th* day of November, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge