IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARVIN JERELDS,

    Plaintiff,

v.                                    CASE NO. 1:07-cv-00111-MP-AK

KARIE SMITH,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 26, Motion to Refund Money, filed by Plaintiff Jerelds. By prior order, the Court adopted the Report and Recommendation of the Magistrate Judge, and dismissed Plaintiff's complaint under 28 U.S.C. § 1915(g) for failure to pay the full filing fee. In his motion, Plaintiff–who was erroneously granted leave to proceed *in forma pauperis*–seeks to have his partial filing payments refunded. Plaintiff has three strikes under the PRLA, which eliminates his right to file *in forma pauperis*. Thus, Plaintiff was required to pay the full court filing fees. See Dudley v. United States, 61 Fed.Cl. 685 (2004). Accordingly, Plaintiff is not entitled to a refund of his partial payments, since by filing an action he agreed to a full payment of the filing fees. Plaintiff's motion is therefore denied.

**DONE AND ORDERED** this  *6th* day of March, 2008

                                    *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge